```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14188
   ERICA CRENSHAW
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4142


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 06/03/2008 and was not confirmed.

   The case was dismissed without confirmation 09/11/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
MIDFIRST BANK            CURRENT MORTG         .00           .00             .00
MIDFIRST BANK            MORTGAGE ARRE    23882.40           .00             .00
WORLD DISCOUNT AUTO      SECURED VEHIC      400.00           .00          150.00
ISAC                     UNSEC W/INTER         .00           .00             .00
JEWEL FOOD               UNSEC W/INTER NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED            .00             .00
PRA RECEIVABLES MANAGEME UNSEC W/INTER      243.56           .00             .00
PORTIFOLIO RECOVERY ASSO UNSEC W/INTER     1628.24           .00             .00
MONROE COURT CLERK OF CO UNSEC W/INTER NOT FILED            .00             .00
CITIFINANCIAL INC        UNSEC W/INTER NOT FILED            .00             .00
AT&T                     UNSEC W/INTER NOT FILED            .00             .00
FAYE CRENSHAW            NOTICE ONLY   NOT FILED            .00             .00
US DEPARTMENT OF HOUSING UNSEC W/INTER    14135.22           .00             .00
PRA RECEIVABLES MANAGEME UNSEC W/INTER      789.00           .00             .00
CREDIT UNION 1           UNSEC W/INTER     1781.46           .00             .00
CITY OF CHICAGO PARKING  UNSEC W/INTER     3810.00           .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,341.50                       773.09
TOM VAUGHN               TRUSTEE                                          73.03
DEBTOR REFUND            REFUND                                          161.53

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,157.65

PRIORITY                                         .00
SECURED                                       150.00
UNSECURED                                        .00
ADMINISTRATIVE                                773.09
TRUSTEE COMPENSATION                           73.03
DEBTOR REFUND                                 161.53
                         -------------    -------------
TOTALS                   1,157.65             1,157.65

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 14188 ERICA CRENSHAW
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE